**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WALTER C. BYRNE, III** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WHOLE FOODS MARKET, INC.,** | : | |
| *AUSTIN TX* **and WHOLE FOODS** | : | |
| **MARKET, INC.,** *WAYNE PA* | : | **NO. 17-1033** |

<u>**ORDER**</u>

**NOW**, this 27th day of March, 2017, upon consideration of plaintiff's Application to

Proceed in District Court Without Prepaying Fees or Costs (Document No. 1), and his *pro*

*se* complaint, it is **ORDERED** that:

1.   Leave to proceed *in forma pauperis* is **GRANTED**; and

2.   The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).


                                        /s/ Timothy J. Savage
                                        TIMOTHY J. SAVAGE, J.